IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CHRIS WALTERS,<br><br>               Plaintiff,<br><br>vs.<br><br>DONALD TRUMP,<br><br>               Defendant. | CV 25-144-BLG-SPW<br><br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Plaintiff Chris Walters, proceeding pro se, submitted a complaint on November 29, 2025, without paying the filing fee or submitting a motion to proceed in forma pauperis. (Doc. 1). Magistrate Judge Timothy J. Cavan ordered Plaintiff to either pay the filing fee or file a motion to proceed in forma pauperis by April 27, 2026. (Doc. 4). Judge Cavan also advised Plaintiff to notify the Court of any change in his mailing address, warning that his failure to comply with the Court's order would result in dismissal of his action. (*Id.*). Because Walters did not pay the filing fee, submit a motion to proceed in forma pauperis, or keep his address current with the Court, Judge Cavan recommends dismissing Plaintiff's case for failure to prosecute. (Doc. 7).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file any objections within 14 days of the filing of a magistrate judge's findings and recommendations.

1

Here, no objections were filed. When no party objects, the district court reviews the findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if "the reviewing court . . . is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948). Having conducted this review, the Court agrees with Judge Cavan's analysis and conclusions and finds no clear error.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation (Doc. 7) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that:

(1)    This matter is dismissed without prejudice. The Clerk of Court shall close the matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

(2)    The docket shall reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision shall not be taken in good faith. The record makes plain that Plaintiff has failed to prosecute this matter and/or comply with the Court's orders.

/ / /

/ / /

DATED this 26th day of May, 2026.

SUSAN P. WATTERS
United States District Judge